**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

UNITED STATES OF AMERICA,     )
                                    )
          Plaintiff,       )
                                    )
     v.                    )     Case No. 17-cv-295-SMY
                                    )     Judge Staci M. Yandle
IYMAN FARIS,              )
                                    )
          Defendant.     )

## <u>NOTICE OF APPEAL</u>

**NOTICE IS HEREBY GIVEN** that **DEFENDANT**, **IYMAN FARIS** ("Faris"), by and through his attorneys, **THOMAS ANTHONY DURKIN** and **ALANNA G. MORGAN,** hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Memorandum Opinion and Judgment entered by the Honorable Staci M. Yandle on February 3, 2020 (Dkt. #s 100, 101, and 102), granting: the Motion of Plaintiff, the United States of America, for Summary Judgment; revoking citizenship of Defendant, Faris; and cancelling his Certificate of Naturalization No. 23925281.

     Dated this 31st day of March 2020.

                                        Respectfully submitted,

                                        /s/ Thomas Anthony Durkin
                                        **THOMAS ANTHONY DURKIN**

                                        /s/ Alanna G. Morgan
                                        **ALANNA G. MORGAN**

**DURKIN & ROBERTS**
515 W. Arlington Pl.
Chicago, IL 606014
(312) 913-9300
tdurkin@durkinroberts.com


**MORGAN & BLEY**
900 W. Jackson Blvd Suite 4E
Chicago, IL 60607
312.243.0006 ext 102
amorgan@morganandbleylimited.com

## <u>CERTIFICATE OF SERVICE</u>

Thomas A. Durkin, Attorney at Law, hereby certifies that the foregoing Notice of Appeal was served on March 31st, 2020, in accordance with Fed.R.Crim.P. 49, Fed.R.Civ.P.5., LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

<u>/s/ Thomas A. Durkin</u>

**DURKIN & ROBERTS**
515 W. Arlington Pl.
Chicago, IL 606014
(312) 913-9300
tdurkin@durkinroberts.com